FILED'06 NOV 21 15:18 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

KEITH L. TURNER,

    Plaintiff,

v.

JO ANNE B. BARNHART
Commissioner of Social Security,

    Defendant.

CV# 05-521-MA

STIPULATED MOTION FOR AWARD OF ATTORNEY FEES, COSTS AND EXPENSES UNDER THE EQUAL ACCESS TO JUSTICE ACT

Based on the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $4088.62 are awarded to Plaintiff's attorneys pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412. In addition, Plaintiff will be awarded $261.00 in costs and $31.01 in expenses pursuant to 28 U.S.C. §§ 1920, 2412(d)(2). The court directs Defendant to issue a check to Plaintiff's attorneys for the appropriate amount.

DATED this 21 day of November, 2006.

*Malcolm F. Marsh*
United States District Judge

Presented by:
Kimberly K. Tucker
Swanson, Thomas & Coon
Of Attorneys for Plaintiff